```
                 UNITED STATES BANKRUPTCY COURT
                  SOUTHERN DISTRICT OF FLORIDA
                     WEST PALM BEACH DIVISION
                      www.flsb.uscourts.gov
```

In re:                          )
                                )    Case No. 12-13743-BKC-EPK
RUDOLPH T. POLSELLI, JR.,       )    Chapter 7
                                )
          Debtor.               )

<u>RESPONSE TO TRUSTEE'S OBJECTION TO CLAIM #9-1</u>

THE UNITED STATES OF AMERICA, on behalf of its agency the Internal Revenue Service, through its attorney, Wifredo A. Ferrer, United States Attorney for the Southern District of Florida, hereby responds to the Trustee's Objection to Claim #9-1 and states as follows:

1. The Internal Revenue Service ("Service") filed a proof of claim, dated April 25, 2012, numbered 9-1 by this Court.

2. Claim 9-1 in the total amount of $26,298.00 includes estimated amounts for the debtor's unfiled 2008 and 2009 income tax returns.

3. The debtor objects to the estimated portions of the proof of claim.

4. The Service reviewed its records and amended its proof of claim on December 31, 2013.

5. The Service's amended proof of claim, 9-2, dated December 31, 2013, in the total amount of $48,254.89, consists of a priority claim in the amount of $43,871.89 and an unsecured general claim in the amount of $4,383.00. The

Case No. 12-13743-BKC-EPK

priority claim is for the debtor's unpaid liabilities for 2008 and 2009 and a Trust Fund Recovery Penalty for 2011.

    6.   The amended claim is prima facie correct and should be allowed as filed.

    WHEREFORE, the United States respectfully requests that the Court enter an order that the second amended claim dated December 31, 2013 be allowed as filed.

                                        Respectfully submitted,
                                        **WIFREDO A. FERRER**
                                        United States Attorney

Date:   01/17/2014                 By:  /s/ D'Aun Clark

                                            D'AUN E. CLARK
                                            Special Assistant U.S. Attorney
                                            FL Bar No. 0517879
                                            1000 South Pine Island Road
                                            Suite 300
                                            Plantation, Florida 33324
                                            Tel. No. (954) 423-7986